D. Conn.
3:22-cr-76
Meyer, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand twenty-four.

Present:
    Michael H. Park,
    Eunice C. Lee,
    Myrna Pérez
        *Circuit Judges.*

_____

United States of America,

        *Appellee*,

v.                                                                                              24-1124
                                                                                                                         **ORDER**

Luis Salaman,

        *Defendant-Appellant.*

_____

Defendant-Appellant Luis Salaman moves for bond and revocation of a detention order entered by the United States District Court for the District of Connecticut on April 16, 2024. Salaman is charged with conspiracy to distribute and to possess with intent to distribute 400 grams or more of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and 846, and multiple counts of possession with intent to distribute and distribution of 40 grams or more of fentanyl, in violation of §§ 841(a)(1) and (b)(1)(B)(vi).

The district court did not clearly err in finding that Salaman poses a danger to the community and a flight risk, and that no release conditions would adequately assure the safety of the community or Salaman's appearance in court. Salaman's charged conduct, criminal record, and history of criminal conduct while on supervised release or probation support denial of bond under 18 U.S.C. § 3142(g). The motion for bond and revocation of the detention order is **DENIED**.

For the Court:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*    *[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 10/24/2024